UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

April 1, 2005
D-57

No. 04-3495

UNITED STATES OF AMERICA
v.
BAMBINA L. DOMODOSSOLA, Appellant
(W.D. of P.A. Criminal No. 04-cr-00016)

**Present:**   ROTH, BARRY, and SMITH, <u>CIRCUIT JUDGES.</u>

1. Motion by Appellant for Summary Remand.

2. Response by Appellee

/s/ Chanel R. Graham
Chanel R. Graham   267-299-4955
Case Manager

_____ O R D E R _____

**The foregoing** unopposed Motion by Appellant for Summary Remand is GRANTED and this matter is REMANDED for resentencing under *United States v. Booker*, 125 S.Ct. 738 (2005).

By the Court,

/s/ D. Brooks Smith
Circuit Judge

Dated: July 20, 2005
CRG/cc: Marjorie A. Minkler, Esq.
    Laura S. Irwin, Esq.
    Paul M. Thompson, Esq.

Certified as a true copy and issued in lieu
of a formal mandate on _____

Teste: *[signature]*
Clerk, U.S. Court of Appeals for the Third Circuit