IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) | |
| vs. | ) ) | CRIM 04-16   ERIE |
| BAMBINA L. DOMODOSSOLA   (1) | ) ) ) | |

## NOTICE

The above entitled case is set for ___RE-SENTENCE___

on ___January 23, 2006___ at ___1:30 P.M.___ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

___Richard Witas___
Richard Witas, Courtroom Deputy Clerk

Date: Dec. 14, 2005

Copies to:   Christian Trabold, AUSA

Karen Gerlach, AFPD

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh