# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States  )
)
)
)
vs. ) CR. 04-16 Erie
BAMBINA L. DOMODOSSOLA )
)
)
Defendants )

HEARING ON  Re-Sentence

Before  Judge Maurice B. Cohill, Jr.

CHRIS TRABOLD                                    TOM PATTON

Appear for Plaintiff                              Appear for Defendant

Hearing Begun  1:30 p.  1-23-06       Hrg Adjourned to
Hrg concluded C.A.V.  2:00 p. 1-23-06   Stenographer  DeeDee Grill

WITNESSES
For Plaintiff                                    For Defendant

The Court imposes the same sentence imposed on 8/16/04 of 15 months' imprisonment. The original term of Supervised release of 3 years is reduced to 2 years Supervised release, all conditions of supervision previously imposed will remain unchanged + in full force + effect. Order to follow.