## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
    )
    vs.    )    **Crim. No.  04-16 Erie**
    )
    )
BAMBINA L. DOMODOSSOLA    )

### ORDER

AND NOW, to-wit, this **23rd** day of January, 2006, the Court having held a re-sentencing hearing upon remand from the United States Court of Appeals for the Third Circuit,  it is HEREBY ORDERED, ADJUDGED, and DECREED that the Court imposes the same sentence as originally imposed on August 16, 2004 (Doc. 9), of 15 months' imprisonment.

The original term of 3 years supervised release be and hereby is reduced to a term of 2 years supervised release.  All other conditions of supervision previously imposed remain unchanged and in full force and effect.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge

cc:    Counsel of record
    Bureau of Prisons
    Probation
    U.S. Marshall
    U.S. Sentencing Commisson
    Deft. c/o defense counsel